UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME WALKER,

    Petitioner,

v.                                  Case No. 4:20-cv-503-MW-MJF

MARK INCH,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Jerome Walker has filed a "Motion Seeking Permission to File a Second or Successive Writ of Habeas Corpus § 2254." (Doc. 1). The undersigned concludes that this court lacks jurisdiction to consider Walker's motion.[1]

The relevant statute provides that an applicant seeking to file a second or successive habeas corpus petition "shall move in the appropriate *court of appeals*" for an order authorizing the filing of a second or successive petition. 28 U.S.C. § 2244(b)(3)(A) (2020) (emphasis added). Only the court of appeals may authorize the filing of a second or successive habeas corpus application. 28 U.S.C. § 2244(b)(3)

---

[1] The District Court referred this case to the undersigned for preliminary review and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(B); see also 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

(2020); *see also* Rule 9 of the Rules Governing Section 2254 Cases in the United States District Courts ("Before presenting a second or successive petition, the petitioner must obtain an order *from the appropriate court of appeals* authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4).") (emphasis added); *Burton v. Stewart*, 549 U.S. 147, 152, 157 (2007) (holding that district court lacked jurisdiction to entertain prisoner's second habeas corpus petition because the prisoner failed to obtain an order from *the court of appeals* authorizing him to file the petition). As this court lacks jurisdiction to rule on Walker's motion, this action should be dismissed.

For the reasons set forth above, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for lack of jurisdiction.

2. The clerk of the court be directed to close this case file.

At Panama City, Florida, this 21st day of October, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the**

**electronic docket is for the court's internal use only and does not control.** **An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**