## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JEROME WALKER,**

      *Petitioner,*

**v.**                        **Case No.: 4:20cv503-MW/MJF**

**MARK INCH,**

      *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 2. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on November 23, 2020.**

                **s/Mark E. Walker_____**
                **Chief United States District Judge**